CLERK'S LETTER
ABEL ACOSTA

29,735-08

IN RE: TONY RAY JONES V. STATE OF TEXAS
TRIAL COURT A-31,689 MANDAMUS WR-29-735-08

Sir,
You Sent Me A(10) day ORDER To Respond And
You've Already Received MY RESPONSE HOWEVER
This TRIAL ATTORNEY RESPONSE CAME IN AUGUST
18TH 2015 LEGAL MAIL FROM BOB GARCIA, JR
4 B N. TEXAS AVE. Odessa, TEXAS 79761 Ph (432)
332-6756.

I'm Sending This To YOUR CLERK'S Office To be
PLACED WITH ALREADY RECEIVED MOTIONS.

Thank you Sir.
Tony Ray Jones #1312115
Michael unit, P.O. Box
4500 Tennessee Colony
Texas 75886

Signed august, 18th, 2015.

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk

# BOB GARCIA, JR.

## ATTORNEY AT LAW

413 NORTH TEXAS AVENUE
ODESSA, TEXAS 79761

(432) 332-6756
FAX (432) 332-6759
E-MAIL: RVGBOB@AOL.COM

August 11, 2015

Tony Ray Jones #1312115
Michael Unit, TDCJ-ID
P.O. Box 4500
Tennessee Colony, Texas 75886

**RE:   Cause No.: A-31,689 STATE VS. TONY RAY JONES**

Dear Tony:

     I received your letter postmarked August 3, 2015 requesting your Reporter's Record and Clerk's Record. These items are not in my possession and never have been since I was not your Appellate Attorney. These are items that your Appellate Attorney would have.

     Good luck.

Sincerely,

Robert V. Garcia, Jr.

RVG/ag

cc:   Ector County District Clerk
Spencer Dobbs



CAAP
CLIENT ATTORNEY
ASSISTANCE PROGRAM.
P O BOX 12487
AUSTIN TEXAS 78711-
2487

COPY SENT TO CLERK ABEL
ACOSTA, (CCA) PO BOX
12308 CAPITOL STATION
AUSTIN TEXAS 78711:

IN RE: RTA FORM AND GRIEVANCE,
IN TONY RAY JONES V. STATE OF TEXAS A-31,689
WR-29-735-08 CLERK ABEL ACOSTA COURT OF CRIM-
INAL APPEALS, P.O. BOX 12308 CAPITOL STATION, AUSTIN,
TEXAS, 78711.

I have ABOVE MANDAMUS, § 11.07 ACTUAL INNOCENCE
HABEAS CORPUS, COURT CLERK ECTOR CO. ODESSA, TEXAS
AND APPEAL, AND TRIAL COUNSEL LETTERS FOR
TR. BOB GARCIA, APP. SPENCER DOBBS " NOW ECTOR
CO. DISTRICT CLERK 300 N. GRANT AVE ROOM # 301
ODESSA TEXAS 79761.

I WROTE REQUESTING ALL COURT COURT'S REPORTERS
AND CLERK'S RECORDS PURSUANT TO RULE 34.6 (b)
REQUEST FOR PREPARATION OF REPORTER'S RECORD
(WITH AFFIDAVIT) AND (DECLARATION) TO PROPERLY
PREFECT AN APPEAL AND DNA CHAPTER 64 T.C.C.P.
APPOINTMENT OF COUNSEL TO ASSIST IN DNA TESTING.

ALL LISTED ATTORNEYS AND CLERK, MARIA ZAMUDO
DENY REPORTER'S AND CLERK'S RECORDS IN FULL BECAUSE
MY ACTUAL INNOCENCE § 11.07 Sec. (4) AND REQUEST

FOR RECORD'S ALLEGE COURT OFFICERS ABUSE AND BRADY VIOLATIONS AS TOO SENATE BILL 1611, 825 AND MODEL RULE 3.8 ATTORNEY - PROSECUTOR, SPECIAL RESPONSIBILITY OF A PROSECUTOR AND VERNON'S ANN. T. C.C.P ART. 2.03 NEGLECT OF DUTY TO COURT OFFICERS AND PEACE OFFICERS.

CLERK ABEL ACOSTA (CCA) HAS ALL MOTIONS, ATTORNEY AND CLERK'S LETTERS.

ATTORNEY, BOB GARCIA JR. 413 N. TEXAS AVE. ODESSA TEXAS 79761 ph (432) 332-6756 fAX (432) 332-6159 AUGUST. 11 2015 RESPONSE IN CAUSE NO: A-31,689 STATE V.S. TONY RAY JONES.

DEAR TONY.
I RECEIVED YOUR LETTER POSTMARKED AUGUST 3. 2015 Requesting your REPORTER'S RECORD AND CLERK'S RECORD. THESE items ARE NOT IN MY possession And never have been SINCE I WAS NOT YOUR APPELLATE ATTORNEY. These are items That YOUR APPEALLATE ATTORNEY would have.

GOOD Luck

SINCERELY
BOb
ROBERT V. GARCIA, JR.

RVG/ag
CC: ECTOR COUNTY DISTRICT CLERK
SPENCER DOBBS.

AS OF 8-19-15 STILL NO one wants TO provide CLERKS And REPORTER'S RECORDS. CAN YOU HELP?

Tony Jones
# 1312115
P.O. BOX 4500
Tenn. Colony, Tx
75886.

Signed 18th Day of august. 2015.